HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| E. W., a minor, by and through CRAIG SCHAUERMAN, her Guardian ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS HENRY MOODY; BATTLE GROUND SCHOOL DISTRICT #119, a public corporation, MARLA D. ERATH, and CYNTHIA S. LARSON,<br><br>Defendants. | CASE NO. CO6 5253FDB<br><br>ORDER GRANTING DEFENDANT THOMAS MOODY'S MOTION TO EXTEND TIME TO FILE ANSWER |

THIS MATTER came on regularly before the undersigned Judge of the United States District Court of the Western District of Washington. The Court considered the record to date including the following:

1. Defendant Thomas Moody's Motion to Extend Time to File Answer to Plaintiff's Complaint;

2. Defendant Thomas Moody's Memorandum of Law in support of Motion to Extend Time to File Answer to Plaintiff's Complaint;

3. Declaration of Jeffrey D. Eberhard; and

Page 1 - ORDER GRANTING DEFENDANT MOODY'S MOTION TO EXTEND TIME TO FILE ANSWER

SMITH, FREED & EBERHARD, P.C.
1001 S.W. Fifth Avenue, 17th Floor
Portland, Oregon 97204
Phone: (503) 227-2424 - Fax: (503) 827-0869

1    4.	The files and pleadings herein.

2    The Court being fully advised, and counsel for plaintiff having stipulated to the

3    extension, the Court hereby ORDERS that defendant's Motion to Extend Time to File Answer is

4    hereby GRANTED.  Defendant shall file an Answer to Plaintiff's complaint no later than July 6,

5    2006.

6    Dated this 29th day of June 2006.

FRANKLIN D. BURGESS

UNITED STATES DISTRICT JUDGE

Presented By:

SMITH FREED & EBERHARD, PC

Jeffrey D. Eberhard - WSBA #18716
Of Attorneys for Defendant Thomas Moody

Trial Attorney: Jeffrey D. Eberhard

Page 2 - ORDER GRANTING DEFENDANT MOODY'S MOTION TO EXTEND TIME TO FILE ANSWER