UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| E.W. a minor, by and through CRAIG SCHAUERMANN, her Guardian Ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS HENRY MOODY; BATTLE GROUND SCHOOL DISTRICT NO. 119, a public corporation; MARLA D. ERATH; and CYNTHIA S. LARSON,<br><br>Defendants. | NO. 06-05253-BHS<br><br>DECLARATION OF MICHAEL B. TIERNEY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Noted on Motion Calendar: Friday, October 5, 2007 |

I, Michael B. Tierney, declare the following to be true under penalty of perjury under the laws of the State of Washington:

1.  I am the attorney for the Defendant Battle Ground School District, Cynthia Larson and Marla Erath, am over the age of 21, and make this declaration based upon personal knowledge.

2.  Attached here to as exhibits are true and correct copies of the following documents:

Decl. of MBT in Spt of SJ Motion - 1

MICHAEL B. TIERNEY, P.C.
2955 80th AVE SE
SUITE 205
MERCER ISLAND, WASHINGTON 98040
TELEPHONE: (206) 232-3074
FACSIMILE: (206) 232-3076

| | | |
|---|---|---|
| Exhibit 1 | Excerpts of the Deposition of Thomas Moody; |
| Exhibit 2 | Excerpts of the Deposition of Nancy Bone; |
| Exhibit 3 | Excerpts of the Deposition of E.W.; |
| Exhibit 4 | Excerpts of the Deposition of Mrs. W.; |
| Exhibit 5 | Excerpts of the Deposition of Mr. W.; |
| Exhibit 6 | Excerpts of the Deposition of William Coats; |
| Exhibit 7 | Excerpts of the Deposition of Sheryl Stevens; |
| Exhibit 8 | Declaration of Erica Sturm; |
| Exhibit 9 | Devil's Lake, North Dakota Police Report; |
| Exhibit 10 | Policy 211 – Qualifications and Duties of Superintendent; |
| Exhibit 11 | Policy 212 – Management Team; |
| Exhibit 12 | Policy 213 – Administration in the Absence of Policy and Procedures; |
| Exhibit 13 | Policy 220 – School Principals; |
| Exhibit 14 | Procedure 220 – School Principals; |
| Exhibit 15 | Policy 342.1 – Child Abuse and Neglect; |
| Exhibit 16 | Procedure 342.1 – Child Abuse and Neglect; |
| Exhibit 17 | Policy 411 – Harassment (Student); |
| Exhibit 18 | Procedure 411 – Harassment (Student); |
| Exhibit 19 | Policy 412 – Nondiscrimination; |
| Exhibit 20 | Procedure 412 – Nondiscrimination; |
| Exhibit 21 | Policy 451.11-451.12 – Student Rights; |
| Exhibit 22 | Policy 1005 – Key Functions of the Board; |

Decl. of MBT in Spt of SJ Motion - 2

**MICHAEL B. TIERNEY, P.C.**
2955 80th AVE SE
SUITE 205
MERCER ISLAND, WASHINGTON 98040
TELEPHONE: (206) 232-3074
FACSIMILE: (206) 232-3076

Exhibit 23    Policy 1310 – Policy Adoption Manuals and Administrative Procedures;

Exhibit 24    Policy 1620 – Board-Superintendent Relationship;

Exhibit 25    Policy 6590 – Sexual Harassment;

Exhibit 26    Policy 1000 – Legal Status and Operation;

Exhibit 27    Policy 1330 – Administration in the Absence of Policy and Procedures.

3. The School District policies and procedures are excerpted from the policy manuals that were produced by the School District to the plaintiff in the course of this litigation.

4. The Exhibit to the Declaration of Erica Sturm, Exhibit 8 above, is excerpted from documents produced by the plaintiff in this litigation which were reportedly obtained from the Clark County Prosecutor's file on the Moody prosecution.

5. Exhibit 9 is a document purporting to be a portion of a police investigation file from the Devil's Lake, North Dakota Police Department. The file was produced by the plaintiff in the course of this litigation.

DATED this 11th day of September, 2007 at Mercer Island, Washington.

MICHAEL B. TIERNEY, P.C.


By: /s/ Michael B. Tierney
Michael B. Tierney, WSBA No. 13662

Decl. of MBT in Spt of SJ Motion - 3

**MICHAEL B. TIERNEY, P.C.**
2955 80th AVE SE
SUITE 205
MERCER ISLAND, WASHINGTON 98040
TELEPHONE: (206) 232-3074
FACSIMILE: (206) 232-3076

## DECLARATION OF SERVICE

I, Michael B. Tierney, declare under penalty of perjury under the laws of the State of Washington that on September 11, 2007, I caused the attached document to be filed with the Clerk of the Court using the CM/ECF system. Notice of filing and documents will be sent via email from the Court to:

    Erin K. Olson
    Law Office of Erin K. Olson
    806 SW Broadway, Suite 800
    Portland, OR 97205
Email:    eolson@erinolsonlaw.com

    Jeffrey D. Eberhard
    Smith Freed & Eberhard, P.C.
    1001 SW Fifth Avenue, Suite 1700
    Portland, OR 97204
Email:    jeberhard@smithfreed.com

DATED this 11th day of September, 2007.

        /s/ Michael B. Tierney
       Michael B. Tierney

Decl. of MBT in Spt of SJ Motion - 4

**MICHAEL B. TIERNEY, P.C.**
2955 80th AVE SE
SUITE 205
MERCER ISLAND, WASHINGTON 98040
TELEPHONE: (206) 232-3074
FACSIMILE: (206) 232-3076