1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

E.W. a minor, by and throughCRAIG
SCHAUERMANN, her Guardian Ad Litem,

               Plaintiff,

        v.

THOMAS HENRY MOODY, BATTLE
GROUND SCHOOL DISTRICT NO. 119, a
public corporation, MARLA D. ERATH; and
CYNTHIA S. LARSON,

               Defendants.

**Case No.** C06-5253 BHS

**Minute Order**
  **Re: Settlement Conference**

    THIS matter was referred by the Honorable Benjamin H. Settle to U.S. Magistrate Judge, J. Kelley Arnold, for purposes of a Settlement Conference.

    The parties and/or their representatives appeared this date with counsel.  **The matter was fully and finally resolved; the November 27, 2007 trial date may be stricken.**  The Settlement Agreement was placed on the record.  The file is returned to Judge Settle pending receipt of disposition documents.

    Entered by Deputy Clerk, _/s/Kelly Miller_, this 7th day of November 2007.

ORDER
Page - 1